UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CARL DAUSCH, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>SUPERINTENDENT KNIGHT, )<br>)<br>Respondent. ) | 1:05-cv-1143-RLY-WTL |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is dismissed with prejudice.

Date: 02/02/2006

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

/s/Christina L. Leighty
By: Deputy Clerk

Copies to:

Carl Dausch
DOC # 905729
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770